JUDGE CEDARBAUM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   08 CV 5720

MUND & FESTER GMBH & CO.KG a/s/o
AGRICOLA VINASOL SOCIEDAD ANONIMA
and AGRICOLA VINASOL SOCIEDAD
ANONIMA,

       Plaintiffs,

- against -

AMERICAN PRESIDENT LINES, LTD.

       Defendant.
------------------------------------------------------------X

2008 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

RECEIVED
JUN 25 2008
U.S.D.C. S.D.N.Y.
CASHIERS

NOW come Plaintiffs, MUND & FESTER GMBH & CO. KG a/s/o AGRICOLA VINASOL SOCIEDAD ANONIMA and submits in duplicate their Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

MUND & FESTER GMBH & CO.KG is not a publicly traded company.

AGRICOLA VINASOL SOCIEDAD ANONIMA is not a publicly traded company.

Dated: New York, New York
      June 25, 2008
      292-01

                  CASEY & BARNETT, LLC
                  Attorneys for Plaintiffs

            By: _/s/ Martin F. Casey_
                  Martin F. Casey (MFC-1415)
                  317 Madison Avenue, 21st Floor
                  New York, New York 10017
                  (212) 286-0225