James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
        lissa.schaupp@hklaw.com

Attorneys for Defendant,
American President Lines, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUND & FESTER GMBH & CO.KG a/s/o AGRICOLA VINASOL SOCIEDAD ANONIMA and AGRICOLA VINASOL SOCIEDAD ANONIMA, <br><br> Plaintiff, <br><br> -against- <br><br> AMERICAN PRESIDENT LINES, LTD., <br><br> Defendant. | 08 Civ. 5720 (MGC) <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that James H. Hohenstein of Holland & Knight LLP hereby

appears in this action as counsel for American President Lines, Ltd.

All pleadings and correspondence should be served as follows:

> James H. Hohenstein
> Lissa D. Schaupp
> Holland & Knight LLP
> 195 Broadway
> New York, NY 10007
> Attorneys for Defendant
> *American President Lines, Ltd.*

Dated: New York, New York
      July 9, 2008

> HOLLAND & KNIGHT LLP
>
> By: _____
>     James H. Hohenstein
>     Lissa D. Schaupp
>     HOLLAND & KNIGHT LLP
>     195 Broadway
>     New York, New York 10007
>     Telephone: 212-513-3200
>     Telefax: 212-385-9010
>     E-mail: jim.hohenstein@hklaw.com
>             lissa.schaupp@hklaw.com
>
> Attorneys for Defendant,
> *American President Lines, Ltd.*

# 5462328_v1