James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Defendant,
American President Lines, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| MUND & FESTER GMBH & CO.KG a/s/o AGRICOLA VINASOL SOCIEDAD ANONIMA and AGRICOLA VINASOL SOCIEDAD ANONIMA, | 08 Civ. 5720 (MGC) |
|---|---|
| Plaintiff, | |
| -against- | **NOTICE OF APPEARANCE** |
| AMERICAN PRESIDENT LINES, LTD., | |
| Defendant. | |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lissa D. Schaupp of Holland & Knight LLP hereby appears in this action as counsel for American President Lines, Ltd.

All pleadings and correspondence should be served as follows:

>James H. Hohenstein
>Lissa D. Schaupp
>Holland & Knight LLP
>195 Broadway
>New York, NY 10007
>Attorneys for Defendant
>*American President Lines, Ltd.*

Dated: New York, New York
       July 9, 2008

>HOLLAND & KNIGHT LLP
>
>By: _____
>James H. Hohenstein
>Lissa D. Schaupp
>HOLLAND & KNIGHT LLP
>195 Broadway
>New York, New York 10007
>Telephone: 212-513-3200
>Telefax: 212-385-9010
>E-mail: jim.hohenstein@hklaw.com
>        lissa.schaupp@hklaw.com
>
>Attorneys for Defendant,
>*American President Lines, Ltd.*

# 5462323_v1