USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUND & FESTER GMBH & CO.KG a/s/o
AGRICOLA VINASOL SOCIEDAD
ANONIMA and AGRICOLA VINASOL
SOCIEDAD ANONIMA,

        Plaintiff,

-against-

AMERICAN PRESIDENT LINES, LTD.,

        Defendant.

---

08 Civ. 5720 (MGC)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the time in which American President Lines, Ltd., may answer, appear or otherwise move with respect to the Complaint is hereby extended up to and including July 25, 2008.

Dated: New York, New York
      July 10, 2008

**CASEY & BARNETT, LLC**
Attorneys for Plaintiff, Mund & Fester GmbH
& CO.KG a/s/o Agricola Vinasol Sociedad
Anonima and Agricola Vinasol Sociedad
Anonima

By: _____
    Martin F. Casey
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225

**HOLLAND & KNIGHT LLP**
Attorneys for Defendant,
American President Lines, Ltd.

By: _____
    James H. Hohenstein
    Lissa D. Schaupp
195 Broadway
New York, New York 10007
Telephone: 212-513-3200

SO ORDERED:

_____
U.S.D.J. July 14, 2008

# 5462329_v1